

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00826-CV

Victor **VALDEZ**,
Appellant

v.

Denette **BUENROSTRO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15059
Martha Tanner, Judge Presiding

# O R D E R

The record in this appeal was due January 6, 2015. The clerk's record was filed, but this court was unaware if there was a reporter's record as appellant failed to file a docketing statement in this court, and the clerk's record did not contain a request for a reporter's record. Accordingly, when the clerk's record was filed, this court set a due date for appellant's brief. However, after speaking with appellant's counsel, it became apparent there was a reporter's record. Counsel admitted he had not requested the record from the reporter, and without a docketing statement, this court has no way to determine who the reporter is. The clerk's office of this court verbally advised appellant's counsel that it was his responsibility to request the reporter's record and that he should provide, as soon as possible, written proof that he had requested the record. We have received no response to our verbal request.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **February 9, 2015** that he (1) made a written request for the reporter's record, and (2) paid for the record or made arrangement satisfactory to the reporter for payment. In that same document, appellant should advise this court of the name of the reporter. If appellant does not timely comply with this court's order, we will order him to file his appellant's brief without the benefit of a reporter's record and he will be permitted to raise only those issues that do not require a reporter's record for disposition.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court